DISMISS; Opinion filed September 27, 2012



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-11-00874-CV

**MICHELLE PERRY, Appellant**

V.

**HSBC BANK USA NATIONAL ASSOCIATION, Appellee**

On Appeal from the County Court at Law No. 1
Dallas County, Texas
Trial Court Cause No. CC-11-03622-A

## MEMORANDUM OPINION

Before Justices FitzGerald, Murphy, and Fillmore
Opinion By Justice FitzGerald

By letter dated May 3, 2012, the Court informed appellant that her brief was past due. We directed appellant to file a brief along with an extension motion within ten days. We cautioned appellant that failure to do so would result in dismissal of her appeal.

As of today's date, appellant has not filed a brief. Accordingly, we dismiss the appeal. *See* TEX. R. APP. P. 38.8(a)(1) & 42.3(b) & (c).

KERRY P. FITZGERALD
JUSTICE

110874F.P05



# Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

MICHELLE PERRY, Appellant

No. 05-11-00874-CV      V.

HSBC BANK USA NATIONAL ASSOCIATION, Appellee

Appeal from the County Court at Law No. 1 of Dallas County, Texas. (Tr.Ct.No. CC-11-03622-A).

Opinion delivered by Justice FitzGerald, Justices Murphy and Fillmore, participating.

Based on the Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee, HSBC Bank USA National Association, recover its costs of the appeal from appellant, Michelle Perry.

Judgment entered September 27, 2012.

KERRY P. FITZGERALD
JUSTICE